# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RECO T. COLE

NO. 2024 KW 1075

**JANUARY 29, 2025**

---

In Re:    Reco T. Cole, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          Nos. DC-24-01386, DC-24-01211.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT